AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

VINCENT BRYANT,
               Plaintiff,

v.

WANDA HEIMANN and JEFF UTTECHT,
               Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-0261-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED with prejudice pursuant to the Order Granting Defendants' Motion to Dismiss filed on October 2, 2008, Ct. Rec. 37.

October 2, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas